## M. G. SMITH ET AL., Respondents, v. A. WHITE, Appellant.

### April 21, 1885.

PRACTICE—AFFIRMANCE WITH DAMAGES.—The judgment on an appeal manifestly taken for delay, will be affirmed with ten per cent. damages.

APPEAL from the St. Louis Circuit Court, BARCLAY, J. *Affirmed with ten per cent. damages.*
H. L. CHRISTIE, for the respondent.

ROMBAUER, J., delivered the opinion of the court.
The record in this case presents nothing for review

here. The appeal is wholly without merit, as no exceptions were saved by appellant to any rulings of the trial court. We have examined the record proper and find no error. The action is one against the maker of a promissory note, and the answer is a general denial unverified. The execution of the instrument is thus confessed. No assignment of errors or brief is filed by appellant in this court. Under such circumstances the conclusion is inevitable that the appeal was taken for the sole purpose of delay. The judgment of the trial conrt, with the concurrence of all the judges, is affirmed with ten per cent. damages.